Jed Manwaring ISB #3040
Victor Villegas ISB# 5860
EVANS KEANE LLP
1405 West Main
P. O. Box 959
Boise, Idaho 83701-0959
Telephone:  (208) 384-1800
Facsimile:  (208) 345-3514
e-mail:  jmanwaring@evanskeane.com
         vvillegas@evanskeane.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| KAREN WHITE. an individual, and ELKHORN, LLC, a Florida limited liability company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>VALLEY COUNTY, a political subdivision of the State of Idaho.<br><br>　　　　Defendant. | Case No. 1:09-cv-00494 |

AFFIDAVIT OF VICTOR VILLEGAS IN
OPPOSITION TO SUMMARY JUDGMENT

STATE OF IDAHO    )
                 ) ss.
County of Ada    )

VICTOR VILLEGAS, being duly sworn upon oath deposes and says as follows:

1. That I am an attorney in the law firm of EVANS KEANE LLP, and represent Plaintiffs Karen White and Elkhorn, LLC ("Plaintiffs") in the above-entitled matter, and have personal knowledge of the facts set forth herein and can testify thereto.

2. Attached hereto as Exhibit A, is a true and correct copy of the deposition transcript of former Valley County Road Superintendant and current Valley County Commissioner, Gordon Cruickshank, taken on 9/22/2010.

3. Attached hereto as Exhibit B, is a true and correct copy of the deposition transcript of former Valley County Commissioner Phillip Davis, taken on 9/22/2010.

4. Attached hereto as Exhibit C, is a true and correct copy of the deposition transcript of Valley County Planning and Zoning Administrator Cynda Herrick, taken on 9/23/2010.

5. Attached hereto as Exhibit D, is a true and correct copy of the deposition transcript of Valley County Commissioner Frank Eld, taken on 9/23/, 2010.

6. Attached hereto as Exhibit E, is a true and correct copy of excerpts from the Valley County Master Transportation Plan attached as Exhibit 1 to the Deposition of Gordon Cruickshank.

7. Attached hereto as Exhibit F, is a true and correct copy of the 12/6/2005 e-mail correspondence from Ervin Olen to All Boise and Gordon Cruickshank Re: Authority for Valley County to enter into RDA's, attached as Exhibit 2 to the Deposition of Gordon Cruickshank.

8. Attached hereto as Exhibit G, is a true and correct copy of excerpts from the Valley County Land Use and Development Ordinance published 12/16/2004, attached as Exhibit 3 to the Deposition of Gordon Cruickshank.

9. Attached hereto as Exhibit H, is a true and correct copy of excerpts from Ordinance No. 06-4 Valley County Land Use and Development Ordinance published 9/21/2006, attached as Exhibit 4 to the Deposition of Gordon Cruickshank.

10. Attached hereto as Exhibit I, is a true and correct copy of Conditional Use Permit No. 05-20, Re: Rolling Meadows Ranch Subdivision issued 6/21/2005 with miscellaneous attachments, attached as Exhibit 5 to the Deposition of Gordon Cruickshank.

11. Attached hereto as Exhibit J, is a true and correct copy of Conditional Use Permit No. 04-01 Re: The Meadows at West Mountain issued 7/14/2004, attached as Exhibit 6 to the Deposition of Gordon Cruickshank.

12. Attached hereto as Exhibit K, is a true and correct copy of the letter from Doug Camenisch to Jerry Robinson dated 10/5/2007, Re: Roseberry Road Design/The Meadows Subdivision, attached as Exhibit 7 to the Deposition of Gordon Cruickshank.

13. Attached hereto as Exhibit L, is a true and correct copy of Road Development Agreement Re: The Meadows at West Mountain - Phase 2, 9/26/2005, with attached exhibits, attached as Exhibit 8 to the Deposition of Gordon Cruickshank.

14. Attached hereto as Exhibit M, is a true and correct copy of Conditional Use Permit No. 06-48 Re: Brewster Mill Subdivision, 8/21/2007, with miscellaneous attachments, attached as Exhibit 9 to the Deposition of Gordon Cruickshank.

15. Attached hereto as Exhibit N, is a true and correct copy of the Staff Report Re: White Cloud Subdivision Preliminary Plat, Hearing Date 5/12/2005, with miscellaneous attachments, attached as Exhibit 10 to the Deposition of Gordon Cruickshank.

16. Attached hereto as Exhibit O, is a true and correct copy of the letter from Gordon Cruickshank to Bob Fodrea and Dwight Jividen, 9/28/2005, Re: Smith's Ferry CIP, with attachment, attached as Exhibit 11 to the Deposition of Gordon Cruickshank.

17. Attached hereto as Exhibit P, is a true and correct copy of the letter from Gordon Cruickshank to Bob Fodrea, 2/14/2006, Re: Packer John Road and Murray Creek Subdivision, attached as Exhibit 12 to the Deposition of Gordon Cruickshank.

18.     Attached hereto as Exhibit Q, is a true and correct copy of First Declaration of Gordon Cruickshank, 8/16/2010, attached as Exhibit 13 to the Deposition of Gordon Cruickshank.

19.     Attached hereto as Exhibit R, is a true and correct copy of the Road Development Agreement for White Cloud - Phase 1, 6/26/2006, attached as Exhibit 14 to the Deposition of Phillip Davis.

20.     Attached hereto as Exhibit S, is a true and correct copy of Conditional Use Permit No. 05-17 for White Cloud Subdivision, 5/24/2005, attached as Exhibit 15 to the Deposition of Phillip Davis.

21.     Attached hereto as Exhibit T, is a true and correct copy of a letter from F. Phillip Davis to Bob Fodrea, 8/24/2005, Re: Road Improvement Issues, attached as Exhibit 16 to the Deposition of Phillip Davis.

22.     Attached hereto as Exhibit U, is a true and correct copy of a letter from F. Phillip Davis to Bob Fodrea, 8/7/2006, Re: CUP No. 04-24 Murray Creek Subdivision, attached as Exhibit 17 to the Deposition of Phillip Davis.

23.     Attached hereto as Exhibit V, is a true and correct copy of a letter from Doug Camenisch to Cynda Herrick, 5/12/2005, Re: May 12, 2005, Valley County P&Z Commission Agenda, attached as Exhibit 18 to the Deposition of Cynda Herrick.

24.     Attached hereto as Exhibit W, is a true and correct copy of the Staff Report, Hearing dated 5/12/2005, attached as Exhibit No. 19 to the Deposition of Cynda Herrick.

25.     Attached hereto as Exhibit X, is a true and correct copy of the Staff Report, Hearing dated 4/13/2006, attached as Exhibit No. 20 to the Deposition of Cynda Herrick.

26. Attached hereto as Exhibit Y, is a true and correct copy of the Minutes of the Valley County Board of Commissioners, 12/17/2007, attached as Exhibit 21 to the Deposition of Cynda Herrick.

_____
VICTOR VILLEGAS

SUBSCRIBED and SWORN to before me this 8th day of October, 2010.



_____
Notary Public for Idaho
Residing at Boise, Idaho
My Commission Expires: 03/08/2012

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2010, I filed the foregoing AFFIDAVIT OF VICTOR VILLEGAS IN OPPOSITION TO SUMMARY JUDGMENT electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Jed W Manwaring,** jmanwaring@evanskeane.com, jharrison@evanskeane.com
- **Victor Villegas,** VVillegas@evanskeane.com
- **Matthew C Williams,** matt@williamslawoffice.net
- **Christopher H Meyer,** chrismeyer@givenspursley.com, caraleah@givenspursley.com
- **Martin C Hendrickson,** mch@givenspursley.com, lisahughes@givenspursley.com

_____/s/____Victor Villegas_____
Victor Villegas