Jed Manwaring ISB #3040
Victor Villegas ISB# 5860
EVANS KEANE LLP
1405 West Main
P. O. Box 959
Boise, Idaho 83701-0959
Telephone:  (208) 384-1800
Facsimile:  (208) 345-3514
e-mail:  jmanwaring@evanskeane.com
         vvillegas@evanskeane.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| KAREN WHITE. an individual, and ELKHORN, LLC, a Florida limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>VALLEY COUNTY, a political subdivision of the State of Idaho.<br><br>    Defendant. | Case No. 1:09-cv-00494 |

AFFIDAVIT OF LUTHER WHITE IN
OPPOSITION TO SUMMARY JUDGMENT

STATE OF FLORIDA    )
                    ) ss.
County of Levy      )

LUTHER WHITE, being duly sworn upon oath deposes and says as follows:

1.  I am an adult over the age of eighteen (18) and have personal knowledge of the facts set forth herein.

2.  I am domiciled in the State of Florida and am a citizen of the United States and the State of Florida. I own a home in Florida with an address of 11791 N.W. 132nd Place,

AFFIDAVIT OF LUTHER WHITE IN OPPOSITION TO SUMMARY JUDGMENT - 1

Chiefland, FL 32626.  My mailing address is P.O. Box 1296 Chiefland, Florida 32644.  I satisfied a previous mortgage on my home and received a notice of satisfaction of mortgage at my physical address, a true and correct copy of which is attached as Exhibit A.  I have lived in Florida for 40 years and I intend to remain domiciled in Florida indefinitely.  I own and operate a Florida limited liability company called White Cattle Company, LLC, a copy of White Cattle Company, LLC's Articles of Organization and 2010 Annual Report is attached as Exhibit B.  I work well in excess of forty (40) hours per week in Florida in operating White Cattle Company and its cattle business in Florida.  I have a driver's license issued by the State of Florida, a true and correct copy of which is attached as Exhibit C.  I am registered to vote by the State of Florida in Levy County, Florida, a true and correct copy of my voter registration is attached as Exhibit D.  My federal income tax return is submitted identifying my domicile and residence as my home in Florida, a true and correct copy of relevant portions of my 2009 Federal Income Tax Return is attached as Exhibit E.  Vehicles that I own are registered by the State of Florida, a true and correct copy of my vehicle registration is attached as Exhibit F.  I receive a "homestead exemption" from the State of Florida, a true and correct copy of which is attached as Exhibit G.  I am a member of the Florida Forestry Association and the Florida Cattlemen's Association, a true and correct copy of a membership invoice from the Florida Forestry Association is attached as Exhibit H.  I was issued a 2009 Non-Resident hunting license by the State of Idaho because I am a citizen of the State of Florida, a true and correct copy of which is attached as Exhibit I.

    3.    My wife Karen White was the initial developers of a multi-phase residential subdivision named White Cloud Subdivision located in Valley County, Idaho. Phase 1 of White Cloud Subdivision was developed by my wife.  During the land use application and approval process for Phase 1, my wife and I discussed the requirement imposed by Valley County that she enter into a Road Development Agreement and pay a fee under that Agreement.  My wife also

consulted extensively with me regarding the development of Phase 1. I often communicated directly with my wife's authorized representative in Valley County, Scott Findlay, on behalf of my wife with regard to instructions and issues related to his work on Phase 1 of White Cloud Subdivision. After discussion with my wife, she and I instructed Mr. Findlay to request that she be allowed to pay the fee as lots in Phase 1 were sold rather than pay the fee in one-lump sum. Mr. Findlay informed us that he made this inquiry and was told that the Road Development Fee had to be paid in a lump sum up front instead of when lots sold.

4. My wife and father-in-law assigned Phase 2 and all subsequent phases of White Cloud Subdivision to Elkhorn, LLC ("Elkhorn"). Elkhorn is a limited liability company organized under the laws of the State of Florida with its principal place of business in Chiefland, Florida, and is registered as a foreign company with the Idaho Secretary of State. I am a member and a manager of Elkhorn. A true and correct copy of Elkhorn's Articles of Organization and 2010 Annual Report is attached as Exhibit J. My wife did not assign, sell or otherwise convey to Elkhorn any rights, obligations or any legal claim she has with regard to Phase 1 of White Cloud Subdivision.

5. Elkhorn retained the services of Scott Findlay of McCall, Idaho as Elkhorn's authorized agent and to represent Elkhorn in the application approval process in Valley County, Idaho for purposes of developing Phase 2 of White Cloud Subdivision. As a manager of Elkhorn, I provided instructions to Mr. Findlay and approved Mr. Findlay's actions and decisions on behalf of Elkhorn from Elkhorn's principal place of business in Chiefland, Florida.

6. Elkhorn is currently in the process of completing Phase 2 of White Cloud Subdivision. As with Phase I developed by my wife, Valley County has sought the payment of monies for the proportionate share of road improvement costs attributable to traffic generated by Phase 2 of White Cloud Subdivision as a condition to it signing and recording the final plat for

Phase 2 of White Cloud Subdivision. Elkhorn will not voluntarily pay any Road Development Fee to Valley County for its approval of the final plat for Phase 2 of White Cloud Subdivision.

7. At no time have I discussed or negotiated the Road Development Agreement with Gordon Cruikshank or any other Valley County official or representative that Valley County is requiring Elkhorn to enter into as a condition to approving the final plat for Phase 2. At no time have I discussed or negotiated the Road Development Fee or the amount of the fee with Gordon Cruikshank or any other Valley County official or representative. Elkhorn will not voluntarily pay the Road Development Fee for Phase 2 of White Cloud Subdivision.

8. Mr. Findlay, as a representative of Elkhorn, has not informed me that he has met with Gordon Cruikshank or any other Valley County official or representative to for purposes of discussing or negotiating the Road Development Agreement for Phase 2 or the fee under the Agreement. At no time have I authorize Mr. Findlay to enter into such discussions or negotiations with Gordon Cruikshank or any other Valley County official or representative with regard to a Phase 2 Road Development Agreement or fee to be paid under that Agreement.

_____
LUTHER WHITE

SUBSCRIBED and SWORN to before me this 27th day of September, 2010.

_____
Notary Public for Florida
Residing in Levy County
My Commission Expires: 2/2/14

DAWN SUMMERS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD957656
Expires 2/2/2014

AFFIDAVIT OF LUTHER WHITE IN OPPOSITION TO SUMMARY JUDGMENT - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2010, I filed the foregoing AFFIDAVIT OF LUTHER WHITE IN OPPOSITION TO SUMMARY JUDGMENT electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Jed W Manwaring,** jmanwaring@evanskeane.com,jharrison@evanskeane.com
- **Victor Villegas,** VVillegas@evanskeane.com
- **Matthew C Williams,** matt@williamslawoffice.net
- **Christopher H Meyer,** chrismeyer@givenspursley.com, caraleah@givenspursley.com
- **Martin C Hendrickson**
  mch@givenspursley.com,lisahughes@givenspursley.com

                                            /s/   Victor Villegas
                                            Victor Villegas