Jed Manwaring ISB #3040
Victor Villegas ISB# 5860
EVANS KEANE LLP
1405 West Main
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
e-mail: jmanwaring@evanskeane.com
         vvillegas@evanskeane.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| KAREN WHITE. an individual, and ELKHORN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY COUNTY, a political subdivision of the State of Idaho.<br><br>Defendant. | Case No. 1:09-cv-00494 |

### AFFIDAVIT OF HENRY RUDOLPH

STATE OF IDAHO    )
                  ) ss.
County of Ada     )

HENRY RUDOLPH, being duly sworn upon oath deposes and says as follows:

1.  That I am an adult over the age of eighteen (18) years, that I am a resident of Boise, Ada County, Idaho, and that I have personal knowledge of the facts set forth in this Affidavit.

2.  I am a member of and the manager of RedWolff Ventures LLC, an Idaho limited liability company (referred to hereafter as "RedWolff Ventures"). With the consent of the other

AFFIDAVIT OF HENRY RUDOLPH - 1

member and manager of RedWolff Ventures, Matt Wolff, I signed an application to Valley County for a conditional use permit ("CUP") on behalf of RedWolff Ventures to construct the Whistler's Cove Subdivision located in Valley County. RedWolff Ventures' application was approved by the Valley County Planning and Zoning Commission on March 8, 2007 and CUP No. 07-04 was issued to RedWolff Ventures, effective March 20, 2007. A true and correct copy of the CUP is attached to this Affidavit as Exhibit A.

    3.    Condition No. 11 of the CUP states that RedWolff Ventures shall enter into a Development Agreement with Valley County. Exhibit A, Conditions of Approval, of the Staff Report of Valley County Planning and Zoning Commission, dated March 8, 2007, identifies as Condition No. 5 that RedWolff Ventures "[m]ust enter into a Road Development Agreement with the Board of County Commissioners." A true and correct copy of the March 8, 2007, Staff Report is attached this Affidavit as Exhibit B. The Staff Report's Attachment D is a letter from Valley County's engineer, Jeffery Schroeder, dated February 28, 2007, which states, in relevant part: "4. C.U.P. 07-04 Whistler's Cove Subdivision: … Valley County will require a Road Development Agreement (RDA) for this project."

    4.    In fulfilling the conditions of the CUP and in order to obtain approval of the final plat for Whistler's Cove Subdivision, RedWolff Ventures was required to enter into a Road Development Agreement with Valley County and pay the fee calculated by Valley County Engineer for the Wagon Wheel 2007 Capital Improvement Area where Whistler's Cove Subdivision is located.

    5.    RedWolff Ventures did not offer to pay to mitigate for any impacts on county roadways attributable to traffic generated by Whistler's Cove Subdivision. Rather Valley County required RedWolff Ventures to enter into the Road Development Agreement pursuant to the conditions placed on its CUP.

AFFIDAVIT OF HENRY RUDOLPH - 2

6. I have reviewed the Declaration of Gordon Cruikshank, filed in the above-identified case, in which Mr. Cruickshank asserts that Valley County's "program is based on voluntary contributions corresponding to the proportionate share of individual development projects." At no time in my meetings and interactions with any Valley County representative with regard to RedWolff Ventures' CUP was I told or advised that the Road Development Agreement and payment of the fee was voluntary, or that RedWolff Ventures had an option not to enter into the Road Development Agreement. At no time in my meetings or interactions with Valley County representatives with regard to RedWolff Ventures' CUP was I told or advised that the fee paid under the Road Development Agreement was negotiable or that RedWolff Ventures could elect not to pay a fee. At no time in my meetings or interactions with Valley County representatives with regard to RedWolff Ventures' CUP was I told or advised that the contents of the Road Development Agreement were negotiable or that I could strike certain parts or provisions of the Road Development Agreement.

7. Since Valley County imposed the Road Development Agreement and the associated fee as a condition to receive a final plat, I believed that Valley County had legal authority to do so. Had I been advised by Valley County that the fee under the Road Development Agreement was negotiable or that RedWolff Ventures had an option not to pay the fee, RedWolff Ventures would not have paid the fee.

8. I signed the Road Development Agreement on behalf of RedWolff Ventures on September 17, 2007. A true and correct copy of the Road Development Agreement is attached to this Affidavit as Exhibit C. RedWolff Ventures paid the fee required by Valley County on October 29, 2007 in the amount of Forty Four Thousand Two Hundred Fifty Six and no/100 Dollars ($44,256.00).

9.  RedWolff Ventures did not voluntarily enter into the Road Development Agreement with Valley County or voluntarily pay the fee under the agreement. RedWolff Ventures did so only because Valley County required it as a condition to approval of the final plat and as a condition for scheduling a hearing before the County Commissioners to approve final plat for RedWolff Ventures' project.

_____
HENRY RUDOLPH

SUBSCRIBED and SWORN to before me this ___30___ day of ___September___, 2010.

_____
Notary Public for Idaho
Residing in ___Boise___
My Commission Expires: ___10/30/12___

MARY C. HOLT
NOTARY PUBLIC
STATE OF IDAHO

AFFIDAVIT OF HENRY RUDOLPH - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2010, I filed the foregoing AFFIDAVIT OF HENRY RUDOLPH electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Jed W Manwaring,** jmanwaring@evanskeane.com,jharrison@evanskeane.com
- **Victor Villegas,** VVillegas@evanskeane.com
- **Matthew C Williams,** matt@williamslawoffice.net
- **Christopher H Meyer,** chrismeyer@givenspursley.com, caraleah@givenspursley.com
- **Martin C Hendrickson**
  mch@givenspursley.com,lisahughes@givenspursley.com

                                        /s/     Victor Villegas
                                   Victor Villegas