Jed Manwaring ISB #3040
Victor Villegas ISB# 5860
EVANS KEANE LLP
1405 West Main
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
e-mail: jmanwaring@evanskeane.com
       vvillegas@evanskeane.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| KAREN WHITE, an individual, and ELKHORN, LLC, a Florida limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>VALLEY COUNTY, a political subdivision of the State of Idaho,<br><br>    Defendant. | Case No. 1:09-cv-00494 |

### AFFIDAVIT OF ANNE SEASTROM

STATE OF IDAHO    )
                        ) ss.
County of Valley    )

    ANNE SEASTROM, being duly sworn upon oath deposes and says as follows:

    1.    That I am an adult over the age of eighteen (18) years, that I am a resident of Valley County, Idaho, and that I have personal knowledge of the facts set forth in this Affidavit.

    2.    I submitted an application to Valley County for a conditional use permit ("CUP") to develop the Wyllitt Creek Subdivision located in Valley County. My application was

AFFIDAVIT OF ANNE SEASTROM - 1

approved by the Valley County Planning and Zoning Commission on July 12, 2005, and a CUP was issued effective July 22, 2005. A true and correct copy of the CUP is attached as Exhibit A.

3. Condition No. 6 of the CUP required that I enter into a Road Development Agreement with Valley County and that Valley County may require an additional right-of-way along Herrick Lane, which borders the Wyllitt Creek Subdivision.

4. In fulfilling the conditions of the CUP and in order to obtain approval of the final plat, I was told by Cynda Herrick of the Valley County Planning and Zoning office that I would be required to enter into a Road Development Agreement. I was also told by Ms. Herrick that I would either have to pay a road development fee as calculated by Valley County or I would have to dedicate a right-of-way of my property in lieu of the road development fee. Entering this agreement and paying the fee or dedicating a right-of-way was not voluntary. At no time in my meetings and interactions with Valley County representatives with regard to my CUP was I told or advised that the Road Development Agreement and payment of the fee or dedication of the righty-of-way was voluntary or negotiable, or that I had an option not to enter the agreement. Ms. Herrick advised me that I had to enter the agreement and pay the fee or dedicate the right-of-way or I would not receive a hearing for the Valley County Commissioners to approve the final plat for Wyllitt Creek Subdivision.

5. I did not have sufficient funds to pay the road development fee at the time, so my only choice was to dedicate a right-of-way to Valley County. I presented Ms. Herrick with a draft of a road development agreement that I prepared. The agreement I prepared stated that I was dedicating the right-of-way under protest. Ms. Herrick informed me that Valley County would not sign my agreement and that I would be required to sign Valley County's form Road Development Agreement, which did not refer to my protest. I did not negotiate the language or

AFFIDAVIT OF ANNE SEASTROM - 2

terms of the agreement, nor did I voluntarily dedicate a right-of-way of my property to Valley County.

6. I signed the Road Development Agreement on August 25, 2005. A true and correct copy of the Road Development Agreement is attached as Exhibit B. I did not voluntarily enter into the Road Development Agreement with Valley County or dedicate a right-of-way in lieu of paying a Road Development Fee. I did so only because Valley County required me to as a condition to approval of final plat and as a condition for scheduling a hearing before the County Commissioners to approve final plat for Wyllitt Subdivision.

_____
ANNE SEASTROM

SUBSCRIBED and SWORN to before me this 29 day of Sept, 2010.

_____
Notary Public for Idaho
Residing in Valley Co, ID
My Commission Expires: 9-28-15

AFFIDAVIT OF ANNE SEASTROM - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2010, I filed the foregoing AFFIDAVIT OF ANNE SEASTROM electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Jed W Manwaring,** jmanwaring@evanskeane.com,jharrison@evanskeane.com
- **Victor Villegas,** VVillegas@evanskeane.com
- **Matthew C Williams,** matt@williamslawoffice.net
- **Christopher H Meyer,** chrismeyer@givenspursley.com, caraleah@givenspursley.com
- **Martin C Hendrickson,** mch@givenspursley.com,lisahughes@givenspursley.com


        /s/    Victor Villegas  
Victor Villegas